UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                    )
                                                          )
GORDON, JAMES WILLIAM, II          ) Case No.   10-35933 MER
SSN: 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                               ) Chapter 7
GORDON, ELIZABETH MARKS        )
SSN: 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                               )
         Debtor(s)

### AFFIDAVIT OF KERRY ENDSLEY

I, Kerry Endsley, of the real estate brokerage firm Fuller Sotheby's International Realty, being first duly sworn upon my oath, do hereby state, depose and affirm the following:

1. I am a real estate broker duly licensed by the State of Colorado and I am associated with Fuller Sotheby's International Realty which is engaged in real estate brokerage services and maintains an office at 32156 Castle Court, Suite 201, Evergreen, CO 80439.

2. Fuller Sotheby's International Realty has agreed to provide real estate brokerage to Cynthia Skeen, Chapter 7 Trustee of the above reference bankruptcy estate of James William Gordon II and Elizabeth Marks Gordon, to list and sell the following real property (the "Property") located at 7737 Centaur Drive, Evergreen, CO 80439.

3. I am familiar with the Trustee's Application and the property described therein, and I believe that I am qualified to represent the Trustee and the estate in connection with the marketing of said Property. I have agreed to accept employment on the terms and conditions set forth in the Trustee's Motion.

4. The 6% commission to be charged is the standard commission charged by this firm for similar clients.  Fuller Sotheby's International Realty will abide by all fee procedures contained in the Bankruptcy Code and Rules and any additional procedures ordered by this Court.

5. To the best of my knowledge, information and belief, Fuller Sotheby's International Realty, has not held nor does it have any adverse interest in the estate. Fuller Sotheby's International Realty, has no connection with the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee

6. Based on these facts I believe Fuller Sotheby's International Realty, is a disinterested person within the meaning of 11 U.S.C. §101(14) and that I am eligible to serve as a

**EXHIBIT B**

real estate agent for the trustee in this case.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated:

*[signature]*
Kerry Endsley
Fuller Sotheby's International Realty
32156 Castle Court, Suite 201
Evergreen, CO 80439
Telephone: 303-674-3200
Facsimile: 303-526-0828

STATE OF COLORADO          )
                           ) SS
COUNTY OF JEFFERSON        )

Subscribed and sworn to before me this  13  day of  December, 2010 by Kerry Endsley

Witness my official hand and seal.

*[signature]* Shirley P. Skidmore
Notary Public
My commission expires:  4/10/12

*[Notary Seal: SHIRLEY I SKIDMORE, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 04-10-2012]*