December 10, 2011



From: United States Bankruptcy Court, District of Colorado

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: James William Gordon II, Case Number 10-35933, MER

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Kerry Endsley
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**
26203 Grand Summit Trail, Evergreen, CO 80439

_____        Jan 3, 2012
Signature of Debtor or Debtor's Attorney              Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

1

053815      84305053868019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:                                        )
                                              )   Case No. 10-35933 MER
JAMES WILLIAM GORDON II                       )
ELIZABETH MARKS GORDON                        )   Chapter 7
                                              )
      Debtors.                                )

### NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that the following matter has been set for a preliminary hearing before the Honorable Michael E. Romero to be held on **a trailing docket on Tuesday, January 10, 2012, at 1:30 p.m.**, in Courtroom C-502, Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado. Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

Parties wishing to appear by telephone shall call 720-904-7499 at the scheduled time of the hearing. The User ID for the conference call is 1128. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear.**

**The matter set is: TCF National Bank's *Motion for Abandonment Pursuant to 11 U.S.C. § 554(b)* and Debtors' response**

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED: December 7, 2011          BY ORDER OF THE COURT:

                                 BRADFORD L. BOLTON, CLERK

                                 By: Deborah L. Beatty, Deputy Clerk
                                     United States Bankruptcy Court
                                     U.S. Custom House
                                     721 19th Street
                                     Denver, Colorado 80202-2508