**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br>**James William Gordon II and**<br>**Elizabeth Marks Gordon**<br>  *dba* **Dayspring Meadows Farms**<br>*ods* **Mecate Group** | Case No. 10-35933-MER<br>Chapter 7<br>Petition Filed 10/12/10 |

TCF NATIONAL BANK

                        Movant,

v.

James William Gordon II; Elizabeth Marks
Gordon and Cynthia Skeen
in her capacity as Chapter 7 Trustee

                        Respondents.

**NOTICE OF DEPOSITION**

      PLEASE TAKE NOTICE that on the 19th day of March, 2012, commencing at 9:00 a.m., the Movant, TCF National Bank, by and through its attorneys, Winzenburg, Leff, Purvis & Payne, LLP, by Lindsay S. Smith, will take the deposition of Kerry Endsley, to be continued until completed, before a certified shorthand reporter and notary public, at the office of Winzenburg, Leff, Purvis & Payne, LLP, 1660 Lincoln, Suite 1750, Denver, Colorado.

Dated this __14__ day of February, 2012.

                                      By: /s/ Lindsay S. Smith
                                      Lindsay S. Smith, #35875
                                      *Counsel to TCF National Bank*
                                      1660 Lincoln Street, Suite 1550
                                      Denver, CO 80264
                                      (T) 303.863.1870
                                      (F) 303.863.1872
                                      lsmith@wlpplaw.com

## CERTIFICATE OF MAILING

I hereby certify that I have caused a true and correct copy of the foregoing **NOTICE OF DEPOSITION** to be mailed by United States mail, postage prepaid, this _____ day of February, 2012 to:

James William Gordon II
Elizabeth Marks Gordon
7737 Centaur Drive
Evergreen, CO 80439
Debtors

Kerry Endsley
26203 Grand Summit Trail
Evergreen, CO 80439

Cynthia Skeen
PO Box 218
Georgetown, CO 80444
Trustee

US Trustee
999 18th St.  Ste. 1551
Denver, CO 80202

_____